UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | | |
|---|---|---|
| WILLIAM C. MCMANUS, JR., | ) | Civil Action No. 8:15-cv-04492-TMC-JDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Defendant's Motion to Remand and any response thereto, it is hereby

**ORDERED** that Defendant's Motion (ECF No. 22) is **GRANTED**. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).[1]

**IT IS SO ORDERED.**

s/Timothy M. Cain
Timothy M. Cain
United States District Judge

Anderson, South Carolina
July 1, 2016

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.